Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank Gregory Casella (SBN 301494)
fcasella@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STAR FABRICS, INC., | Case No.: 2:20-cv-00745-DMG-AS |
|---|---|
| Plaintiff, | *Hon. Dolly M Gee Presiding* |
| v. | **NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| BOSCOV'S, INC., *et al*. | |
| Defendants. | |

1

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT Plaintiff Star Fabrics, Inc. hereby dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. §41(a)(1)(A)(i).

Respectfully submitted,

Dated: March 6, 2020                     By:     /s/ *Frank Gregory Casella*
                                                          Stephen M. Doniger, Esq.
                                                          Frank Gregory Casella, Esq.
                                                          DONIGER / BURROUGHS
                                                          Attorneys for Plaintiff

2

NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE